IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WENXUN ZHAO and JING-OU LIU , <br><br> Plaintiffs, <br><br> v. <br><br> ASTELLAS PHARMA GLOBAL DEVELOPMENT AND ASTELLAS PHARMA, <br><br> Defendants. | No. 1:11-cv-06001 <br><br> Judge: Ruben Castillo <br> Magistrate: Judge Jeffrey Cole |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, by their counsel, hereby stipulate that and request the Court to dismiss this case with prejudice, each party to bear its own costs, as all matters in this dispute have been resolved.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| WILLIAM WENXUN ZHAO and JING-OU LIU | ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC. |
| By: s/Carmen D. Caruso <br>   One of Its Attorneys | By: s/Edward C. Jepson, Jr. <br>   One of Its Attorneys |
| Carmen D. Caruso <br> Carmen D. Caruso Law Firm <br> 77 West Wacker Drive <br> Suite 4800 <br> Chicago, IL 60601 | Edward C. Jepson, Jr. <br> Andrea L. Lewis <br> Vedder Price P.C. <br> 222 North LaSalle Street <br> Suite 2600 <br> Chicago, Illinois  60601-1003 <br> T:  +1 (312) 609-7500 |

Dated:     August 28, 2012

CHICAGO/#2359092.1

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing STIPULATION TO DISMISS WITH PREJUDICE to be served upon:

Gary D. Abrams  
Gary D. Abrams and Associates, Ltd.  
55 West Monroe Street  
Suite 1200  
Chicago, IL 60603

Carmen D. Caruso  
Carmen D. Caruso Law Firm  
77 West Wacker Drive  
Suite 4800  
Chicago, IL 60601

via CM/ECF case filing on the 28th day of August, 2012.

By: s/Edward C. Jepson, Jr.